January 27, 1977.

M. P. No. 75-127. BRISTOL COUNTY WATER COMPANY *v.* PUBLIC UTILITIES COMMISSION. Motion of petitioner for further consideration is assigned to the calendar for March 7, 1977 for oral argument at 9:30 a.m. *Coffey, McGovern and Novogroski, John G. Coffey, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.